UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE VAUGHAN,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY, an Ohio Company; BLANCH MARY WARNER, an Individual; NORTH HILLS INSURANCE SERVICES, INC., a Nevada Corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:23-cv-01671-DJC-DB<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY ONLY PURSUANT TO FRCP 41(a)(1)(A)(ii)/ FRCP 41(a)(2)** |

## ORDER

Pursuant to the **STIPULATION BETWEEN PLAINTIFF AND DEFENDANT AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY TO DISMISS ACTION AGAINST DEFENDANT AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY ONLY** entered into by Plaintiff KATHERINE VAUGHAN (hereinafter "Plaintiff") and Defendant AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY (hereinafter referred to as "American Modern") only, the case against American Modern is hereby DISMISSED WITH PREJUDICE.

///

**ORDER DISMISSING WITH PREJUDICE DEFENDANT AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY ONLY PURSUANT TO FRCP 41(a)(1)(A)(ii)/ FRCP 41(a)(2) - CASE NO. 2:23-cv-01671-DJC-DB**

KYL4891-3630-4630.1

This ORDER does not affect Plaintiff's claims against Defendants **BLANCH MARY WARNER** or **NORTH HILLS INSURANCE SERVICES, INC.**, who remain as defendants in this case.

**IT IS SO ORDERED**

Dated:  November 13, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANT AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY ONLY PURSUANT TO FRCP 41(a)(1)(A)(ii)/ FRCP 41(a)(2) - CASE NO. 2:23-cv-01671-DJC-DB**

KYL4891-3630-4630.1