UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE VAUGHAN,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY, an Ohio Company; BLANCH MARY WARNER, an Individual; NORTH HILLS INSURANCE SERVICES, INC., a Nevada Corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:23-cv-01671-DJC-DB<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANTS NORTH HILLS INSURANCE SERVICES, INC. AND BLANCH MARY WARNER PURSUANT TO FRCP 41(a)(1)(A)(ii)/ FRCP 41(a)(2)** |

**ORDER DISMISSING WITH PREJUDICE DEFENDANTS NORTH HILLS INSURANCE SERVICES, INC. AND BLANCH MARY WARNER PURSUANT TO FRCP 41(a)(1)(A)(ii)/ FRCP 41(a)(2) - CASE NO. 2:23-cv-01671-DJC-DB**

# ORDER

Pursuant to the **STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS NORTH HILLS INSURANCE SERVICES, INC. AND BLANCH MARY WARNER TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** entered into by Plaintiff KATHERINE VAUGHAN (hereinafter "Plaintiff") and Defendants NORTH HILLS INSURANCE SERVICES, INC. and BLANCH MARY WARNER (hereinafter collectively referred to as "North Hills"), Plaintiff's case against North Hills is hereby DISMISSED WITH PREJUDICE.

This ORDER effectively dismisses the entire case with prejudice.

**IT IS SO ORDERED.**

Dated:  December 11, 2024        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE